RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. 09-178

# ACKNOWLEDGMENT OF RECEIPT FOR:

## AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

## AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ___1___ copies of AO forms 85 and 85A.

___3/17/09___  
(Date forms provided)

___[signature]___  
(Signature of person receiving forms)

___JEFFREY CASTELLANO___  
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.