# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE

BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL:  (302) 571-5029
DIRECT FAX:  (302) 576-3402
ENORMAN@YCST.COM

RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
KEVIN P. GARLAND
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
FRANK GRESE, III (NY ONLY)
NATHAN D. GROW
MEGAN C. HANEY
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS

SPECIAL COUNSEL
EDWARD J. KOSMOWSKI
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG

LAUREN HUDECKI
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. REYBURN KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JAIME N. LUTON
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
MICHAEL S. NEIBURG.
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
CHERYL A. SANTANIELLO
MICHAEL P. STAFFORD
ALEXANDER D. THALER
RICHARD J. THOMAS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

June 4, 2009

**Filed and delivered via ECF**

Honorable Judge Eduardo C. Robreno
United States District Court for the
 Eastern District of Pennsylvania
601 Market Street, Room 11614
Philadelphia, Pennsylvania  19106-1720

  Re: *Discovery Communications, Inc. v. Amazon.com, Inc.*,
     Case No. 09-178-ER

Dear Judge Robreno:

  On behalf of Plaintiff Discovery Communications, Inc., I write to request an extension of Discovery's response to Defendant Amazon.com, Inc.'s counterclaims. The response is currently due on Monday, June 8. We seek an extension until July 14, 2009.

  We respectfully request the extension for the following four reasons:

  **1.** **Amazon has filed counterclaims alleging the Discovery.com store infringes two Amazon ecommerce patents. Those counterclaims against Discovery are entirely indemnified by third-parties.**

  The indemnifying parties have a duty and right to control the conduct of Discovery's defense against Amazon's infringement counterclaims. Discovery has tendered these claims and is in discussion with the indemnifying parties. There are, so far, four such parties. An extension is necessary to allow these parties time to find counsel and to develop a response to Amazon's infringement counterclaims.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Honorable Judge Eduardo C. Robreno
June 4, 2009
Page 2

    **2.    Amazon has filed declaratory judgment claims against other Discovery patents that Discovery did not sue Amazon on.**

Discovery is meeting and conferring with Amazon now and expects that at least some of these patents can be dropped from this suit, likely through covenants not to sue. An extension while the parties negotiate the particulars of these arrangements will help reduce the complexity of this suit.

    **3.    The same day that Amazon filed its counterclaims in this action alleging that the Discovery.com store infringes two Amazon ecommerce patents, Amazon filed an action in the Western District of Washington alleging that the Discovery.com store infringed four other Amazon ecommerce patents.**

Here in Delaware, Amazon claims that the Discovery.com online store infringes two of Amazon's electronic commerce patents. In Washington, Amazon claims that the same Discovery.com online store infringes another four of Amazon's electronic commerce patents. The answer to the Washington complaint is due on July 14, 2009. Discovery seeks an extension until the same date in this action, so as to coordinate in both actions Discovery's response to Amazon's infringement claims against the Discovery.com online store.

    **4.    Amazon sought and obtained a similar extension from Discovery, without conditions. (Docket Nos. 5, 6.)**

Counsel for Discovery have met and conferred with counsel for Amazon. Despite Discovery's consent to a 39-day extension for Amazon, however, Amazon refuses to extend the same courtesy to Discovery. Amazon will agree to an extension only if Discovery joins Amazon in a motion to continue the upcoming June 16 scheduling conference until after the pleadings are closed. Though the conduct of the scheduling conference is of course in the Court's discretion, Discovery believes the scheduling conference will be helpful to the parties and the Court and therefore prefers that it remain on the calendar for the date this Court has scheduled.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Honorable Judge Eduardo C. Robreno
June 4, 2009
Page 3

   Accordingly, Discovery requests an extension to July 14, 2009 to respond to Amazon's counterclaims. We have enclosed a proposed order for the convenience of the Court. We thank the Court for its consideration of this request.

            Respectfully submitted,

            Elena C. Norman (I.D. 4780)

ECN:smf
Enclosure

cc: Michael A. Jacobs, Esquire (via electronic filing)
   Richard L. Horwitz, Esquire (via electronic filing)
   Josh A. Krevitt, Esquire (via electronic filing)