IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DISCOVERY COMMUNICATIONS,          :     CIVIL ACTION
                                   :
                                   :
        v.                         :
                                   :
AMAZON.COM, INC.,                  :     NO.  09-178

**O R D E R**

        AND NOW, this **15th** day of **July 2009**, it is hereby Ordered

that the initial pretrial conference previously scheduled on August 3,

2009 is **RESCHEDULED on August 10, 2009 at 12:00 p.m.** via telephone.

        ATTEST:                    or    BY THE COURT

        BY: s/Trudy Oliver
        Deputy Clerk                      Judge

C.V. 12 (4/99)

xc: