IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISCOVERY COMMUNICATIONS, INC., | : | CIVIL ACTION NO. 09-178-ER |
| Plaintiff, | : | |
| v. | : | |
| AMAZON.COM, INC., | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **24th** day of **August, 2009,** it is hereby

**ORDERED** that the initial pretrial conference that was scheduled

for Wednesday, September 2, 2009, at 12:00 P.M., via telephone,

is **RESCHEDULED** for **Friday, October 9, 2009,** at **2:00 P.M.,** via

telephone.  Counsel for Plaintiff will initiate the telephone

conference and when all counsel are on the line, call Chambers at

215.597.4073.


**AND IT IS SO ORDERED.**


  s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**