IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCOVERY COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff/Counterclaim ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> AMAZON.COM, INC., ) <br> ) <br> Defendant/Counterclaim ) <br> Plaintiff. ) | C.A. No. 09-178-ER |

**JOINT STIPULATION FOR NON-INFRINGEMENT**
**OF CERTAIN PATENTS IN THE CURRENT PROCEEDING**

Discovery Communications, Inc. ("Discovery") and Amazon.com, Inc. ("Amazon.com") stipulate and agree as follows:

1. Discovery, the plaintiff and counterdefendant, filed suit against Amazon.com, the defendant and counterclaimant, on March 17, 2009 in this Court, asserting that certain of Amazon.com's products infringe U.S. Patent No. 7,298,851 (the "'851 Patent") in violation of 35 U.S.C. § 271.

2. Amazon.com filed its answer and counterclaims on May 15, 2009, requesting, in its counterclaim nos. 5 - 8, declaratory relief for the invalidity of, unenforceability of, and non-infringement by Amazon.com's accused products of U.S. Patents assigned to Discovery, including U.S. Patent No. 6,557,173 (the "'173 Patent"); U.S. Patent No. 7,299,501 (the "'501 Patent"); U.S. Patent No. 7,336,788 (the "'788 Patent"); and U.S. Patent No. 7,401,286 (the "'286 Patent").

3.  Amazon.com represents that the Kindle, Kindle 2, and Kindle DX (the "Accused Kindle Devices"), as currently or in the past configured, do not receive electronic books from set top terminals via a television program delivery service.

4.  Amazon.com represents that the Accused Kindle Devices, as currently or in the past configured, do not use "links menus" that include "audio clip links, graphics file links, definition links, language translation links, book order links, book review links, related discussion group links, pronunciation links, data base links, other book links, and book selection links."

5.  Amazon.com represents that the Accused Kindle Devices, as currently or in the past configured, do not decrypt electronic books on a page-by-page basis.

6.  Based on Amazon.com's representations set forth above, Discovery acknowledges that the Accused Kindle Devices, as currently or in the past configured, do not infringe any claim of the '173 Patent, the '286 Patent, the '501 Patent, or the '788 Patent, and that therefore Discovery does not have a factual basis for alleging and does not allege that such devices infringe any claim of the '173 Patent, the '286 Patent, the '501 Patent, or the '788 Patent.

7. Amazon.com intends to file a Second Amended Answer, Defenses, and Counterclaims. In light of the foregoing, Amazon.com agrees that it will not reassert in that Second Amended Answer, Defenses, and Counterclaims the allegations made in its counterclaim nos. 5 - 8.

| | |
|---|---|
| */s/ Jeffrey T. Castellano* | */s/ David E. Moore* |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| Elena C. Norman (#4780) | Richard L. Horwitz (#2246) |
| Jeffrey T. Castellano (#4837) | David E. Moore (#3983) |
| The Brandywine Building | D. Fon Muttamara-Walker (#4646) |
| 1000 West Street, 17th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 571-6600 | Wilmington, DE 19801 |
| enorman@ycst.com | (302) 984-6000 |
| jcastellano@ycst.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | fmuttamara-walker@potteranderson.com |
| MORRISON & FOERSTER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Michael A. Jacobs | Josh A. Krevitt |
| David E. Melaugh | Y. Ernest Hsin |
| 525 Market Street | Sarah E. Piepmeier |
| San Francisco, CA 94105 | 200 Park Avenue |
| (415) 268-7000 | New York, NY 10166 |
| mjacobs@mofo.com | (212) 351-4000 |
| dmelaugh@mofo.com | jkrevitt@gibsondunn.com |
| | ehsin@gibsondunn.com |
| | spiepmeier@gibsondunn.com |
| ATTORNEYS FOR PLAINTIFF DISCOVERY COMMUNICATIONS, INC. | ATTORNEYS FOR DEFENDANT AMAZON.COM, INC. |

Dated: September 9, 2009