IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISCOVERY COMMUNICATIONS, INC., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM INC., | : | NO. 09-178-ER |

O R D E R

AND NOW, this **9th** day of **October 2009**, it is Ordered that the initial pretrial conference previously scheduled on October 9, 2009 is hereby **RESCHEDULED on October 16, 2009 at 2:00 p.m. via telephone.**

ATTEST:                                    or        BY THE COURT

BY: s/Trudy Oliver                                   _____
Deputy Clerk                                         Judge

C.V. 12 (4/99)

xc: