IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISCOVERY COMMUNICATIONS, INC | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09-178 |
| AMAZON.COM, INC | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **19th** day of **November, 2009,** it is hereby **ORDERED** that a hearing on plaintiff's motion to sever and transfer defendant's counterclaims (doc. no. 51) and a pretrial status and scheduling conference shall take place on **December 18, 2009** at **2:30 p.m.**, in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED**

s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**