```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DISCOVERY COMMUNICATIONS, INC.,          :    CIVIL ACTION
                                         :
                                         :
          v.                             :
                                         :
AMAZON.COM, INC.,                        :    NO. 09-178-ER

## **O R D E R**

AND NOW, this **19th** day of **November 2009,** it is hereby Ordered that the initial pretrial conference previously scheduled on October 16, 2009 is **RESCHEDULED on December 18, 2009 at 2:30 p.m.,** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.


     ATTEST:                       or    BY THE COURT


     BY: s/Trudy Oliver             _____
     Deputy Clerk                              Judge

C.V. 12 (4/99)

xc: