```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

DISCOVERY COMMUNICATIONS,    :    CIVIL ACTION
INC.,                        :    NO. 09-178-ER
                             :
        Plaintiff,            :
                             :
   v.                        :
                             :
AMAZON.COM, INC.,            :
                             :
        Defendant.            :

### O R D E R

        **AND NOW**, this **8th** day of **January, 2010**, following an initial pretrial conference, it is hereby **ORDERED** that:

        1.  All attorneys appearing before Judge Robreno must be registered on ECF.  All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF.  All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF.  Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

        2.  Any motions for leave to amend the pleadings and any motions for leave to join other parties shall be filed by **Wednesday, January 20, 2010**;[1]

---

[1] All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties,

3.   The parties shall exchange proposed terms for claim construction by **Wednesday, February 3, 2010**;

4.   The parties shall meet and confer to discuss the proposed terms for claim construction by **Monday, February 22, 2010**;

5.   The parties shall exchange preliminary claim construction statements by **Monday, February 22, 2010**;

6.   The parties shall meet and confer to discuss creating a joint claim construction chart from their respective preliminary claim construction statements by **Monday, March 15, 2010**;

7.   The parties shall file a joint claim construction on **Monday, March 15, 2010**;

8.   Opening <u>Markman</u> hearing briefs shall be filed on **Wednesday, March 31, 2010,** by each party claiming infringement;

---

indicating in such a letter whether the other parties consent to the request.  Reply briefs shall not be filed for motions of any nature without prior leave of Court.  A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

9.   Answering <u>Markman</u> hearing briefs shall be filed on **Friday, April 30, 2010;**

10.   A <u>Markman</u> hearing shall be held on **Friday, May 14, 2010, at 9:00 A.M.,** in Courtroom 11A, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                     S/Eduardo C. Robreno  
                                     **EDUARDO C. ROBRENO, J.**